Stephanie R. Tatar (237792)
**THE TATAR LAW FIRM**
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
Telephone: (323) 744-1146
Facsimile: (888) 778-5695

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES BISHOP,<br><br>           Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>           Defendant. | Case No. 13-cv-1852-ABC-AN<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>COMPLAINT FILED: NOVEMBER 26, 2013 |

## **STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, on this 12th day of August, 2014, by and between Plaintiff and Defendant Experian Information Solutions, Inc. that pursuant to Fed. R. Civ. P. 41, this action be dismissed with prejudice, with each party to bear her or its own attorney's fees, costs and expenses incurred.

1
2
3

*/s/ Stephanie R. Tatar*
Stephanie R. Tatar
**THE TATAR LAW FIRM**
3500 West Olive Avenue, Suite 300
Burbank, CA 91505
(323) 744-1146
(888) 778-5695
stephanie@thetatarlawfirm.com

Counsel for Plaintiff

*/s/ Corey Boyd*
Corey H. Boyd
**JONES DAY**
3161 Michelson Drive, Suite 800
Irvine, CA 92612
949-851-3939
949-553-7539 (fax)
chboyd@jonesday.com

Counsel for Defendant
Experian Information Solutions, Inc.

STIPULATION FOR DISMISSAL
Case No. SACV 13-cv-1852 ABC-AN