UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



FILED
CLERK, U.S. DISTRICT COURT
AUG 12 2014
CENTRAL DISTRICT OF CALIFORNIA
BY Sophorn Nhok DEPUTY

In the Matter of the Creation of the Calendar

of

Judge ANDRÉ BIROTTE JR.

)
)
)
)
)
)
)
)

ORDER OF THE CHIEF JUDGE

14-035

  Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge André Birotte Jr.,

  IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Audrey B. Collins to the calendar of Judge André Birotte Jr.:

| | | | |
|---|---|---|---|
| CV 99 | 04973 | ABC | Martin Kipp v. Jeanne Woodford |
| CV 99 | 07220 | ABC | Donald Ray Millwee v. Jeanne Woodford, et al |
| CV 02 | 07986 | ABC (SHx) | Los Angeles City of v. San Pedro Boat, et al |
| CV 05 | 06477 | ABC | James G Marlow v. J D Stokes |
| CV 05 | 06478 | ABC | James G Marlow v. Robert L. Ayers |
| CV 06 | 07304 | ABC | Cynthia Lynn Coffman v. Deborah L Patrick |
| CV 08 | 00308 | ABC (CW) | Luis Garcia Fernandez v. D. Dexter |
| CV 08 | 01461 | ABC (FFM) | Anthony M DeVaughn v. County of Los Angeles et al. |
| CV 08 | 02806 | ABC (VBK) | Jayantibhai Patel et al v. City of Long Beach et al |
| CV 10 | 03738 | ABC (CW) | Academy of Motion Picture Arts and Sciences v. GoDaddy.com, Inc. et al |
| CV 11 | 07098 | ABC (SHx) | Perfect 10, Inc., v. Giganews, Inc., et al |
| CV 11 | 07748 | ABC (FMOx) | Paramount Pictures Corporation v. Steven Arts Filmed Entertainment Limited et al |
| CV 12 | 08024 | ABC (SHx) | Securities and Exchange Commission v. Bruce A Cole et al |
| CV 12 | 08106 | ABC (PJWx) | Great American Insurance Company v. Kiewit Pacific Company |

| | | |
|---|---|---|
| CV 12 08388 ABC (FFMx) | | Omar Vargas v. Ford Motor Company |
| CV 12 08974 ABC (PLAx) | | WHBT Inc v. North River Insurance Company et al |
| CV 12 09868 ABC (JCGx) | | Doron Kochavi v. JP Morgan Securities LLC et al |
| CV 12 09912 ABC (SHx) | | Fourth Age Limited et al v. Warner Bros Digital Distribution Inc et al |
| CV 12 10023 ABC (AGRx) | | Adela Ramirez v. Hobart Corporation et al |
| CV 13 00261 ABC (CWx) | | CMFG Life Insurance Company v. Dean W Smith et al |
| CV 13 00449 ABC (AJW) | | Michael Angelo Serrato v. County of Los Angeles et al |
| CV 13 00729 ABC (RZx) | | Gemsa Enterprises LLC v. Specialty Foods of Alabama Inc et al |
| CV 13 00730 ABC (AJWx) | | The Boeing Company et al v. KB Yuzhnoye et al |
| CV 13 00895 ABC (PJWx) | | Dawn Zamudio v. Los Angeles County Sheriffs Department et al |
| CV 13 01086 ABC (RZx) | | Martin Vogel v. Delphia Inc et al |
| CV 13 01262 ABC (VBK) | | Jason Andrew Smith v. State of California |
| CV 13 01388 ABC (AGR) | | Gregory C Manning v. Kenneth Germanow et al |
| CV 13 01551 ABC (KK) | | Charles A Williams v. John Marshall et al |
| CV 13 01629 ABC (VBKx) | | Securities and Exchange Commission v. Alvin R Brown et al |
| CV 13 01801 ABC (JCGx) | | Alex Kovalevskiy v. JPMorgan Chase Bank NA et al |
| CV 13 02147 ABC (VBKx) | | Grupo Bimbo S A B de C V et al v. Snak-King Corp et al |
| CV 13 02255 ABC (AS) | | Juan Ismael Gonzalez v. Brazelton |
| CV 13 02286 ABC (VBKx) | | Tametria Nash v. AlliedBarton Security Services LLP et al |
| CV 13 02349 ABC (RZx) | | Morawski et al v. A J Spurs Restaurant-Santa Maria Inc et al |
| CV 13 02439 ABC (FFMx) | | Hermosa on Metropole LLC v. City of Avalon et al |
| CV 13 02492 ABC (MRWx) | | Thomas Vitrano et al v. Santander Consumer USA Inc et al |
| CV 13 02783 ABC (AGRx) | | Max Kleven et al v. Daphne Hereford et al |
| CV 13 03082 ABC (JCx) | | David Lilly v. Anheuser-Busch LLC et al |
| CV 13 03195 ABC (PJWx) | | Lon H Records et al v. J C Ehrlich Co et al |
| CV 13 03263 ABC (FFMx) | | Jeremy Coltharp et al v. Herrera et al |

| | | | |
|---|---|---|---|
| CV 13 | 03305 | ABC (VBKx) | Jonathan Schwartz et al v. Smith and Nephew Inc et al |
| CV 13 | 03403 | ABC (PJWx) | Rosa Maldonado et al v. LHR Inc et al |
| CV 13 | 03690 | ABC (MRWx) | Mary Ann Tamayo et al v. LQ Management LLC et al |
| CV 13 | 03709 | ABC (MRWx) | Johnny Ray Penegar Jr et al v. 3M Bondo Corporation et al |
| CV 13 | 03921 | ABC (JCGx) | Darwin D Huang v. University of Southern California et al |
| CV 13 | 03947 | ABC (SSx) | Ann Mims v. Federal Express Corporation et al |
| CV 13 | 04115 | ABC (JCx) | Mark Bittenson v. Bank of America NA et al |
| CV 13 | 04226 | ABC (AGR) | Aarion Pleasant v. Grounds |
| CV 13 | 04452 | ABC (Ex) | Scott T Brandt v. American International Specialty Lines Insurance Company et al |
| CV 13 | 04811 | ABC (DFM) | Paul Arthur Villanueva v. Fred Figueroa et al |
| CV 13 | 04940 | ABC (PLAx) | Bertha Baltazar v. Target Corporation et al |
| CV 13 | 04950 | ABC (Ex) | UPS Supply Chain Solutions Inc et al v. DDR International Recycling LLC et al |
| CV 13 | 05263 | ABC (JEMx) | Live Nation Merchandise, Inc. v. John Does 1-5 et al |
| CV 13 | 05516 | ABC (PLAx) | Assured Fund v. American General Life Insurance Company et al |
| CV 13 | 05640 | ABC (CW) | Craig Kaiser Garrett v. Daniel Paramo |
| CV 13 | 05681 | ABC (RZx) | United Fabrics International Inc v. JNS Fashions LLC et al |
| CV 13 | 05703 | ABC (JPR) | Floyd Hills Nelson v. County of Los Angeles et al |
| CV 13 | 05942 | ABC (Ex) | Frank Ortega et al v. Natural Balance Inc et al |
| CV 13 | 06254 | ABC (JCGx) | American Coatings Association v. Techtronic Outdoor Products Technology Limited |
| CV 13 | 06460 | ABC (ASx) | Claudia Carrington v. Life Insurance Company of North America |
| CV 13 | 07109 | ABC (VBKx) | Star Fabrics Inc v. Daffy's Inc et al |
| CV 13 | 07323 | ABC (VBK) | Aaron Brandon Watson v. Unknown |
| CV 13 | 07632 | ABC (RZx) | Shahar Lushe v. Verengo Inc |
| CV 13 | 07892 | ABC (VBKx) | Edward Simon v. Hyland's Inc. et al |
| CV 13 | 08108 | ABC (Ex) | Antonio Acfalle et al v. DIRECTV Inc et al |

| | | | |
|---|---|---|---|
| CV 13 | 08109 | ABC (Ex) | Anthony Addision et al v. DIRECTV Inc et al |
| CV 13 | 08379 | ABC (PLAx) | Totally Her Media LLC v. BWP Media USA Inc |
| CV 13 | 08460 | ABC (MAN) | Steven W. Neff v. Wofford |
| CV 13 | 08464 | ABC (VBKx) | Victor Graciano v. RSCR California Inc et al |
| CV 13 | 08623 | ABC (MRWx) | Amah Essiet v. Crowley Liner Services Inc et al |
| CV 13 | 08723 | ABC (MRWx) | Beiner Enterprises, Inc. v. Adam Caldwell, Inc. et al |
| CV 13 | 08831 | ABC (ASx) | Juan Herrera v. City of Los Angeles et al |
| CV 13 | 08849 | ABC (FFMx) | Lee Mercado v. Dollar Tree Stores Inc |
| CV 13 | 08859 | ABC (SHx) | Nathan Lockman v. Credit Protection Association et al |
| CV 13 | 08894 | ABC (AS) | Oscar David Gomez v. Daniel Paramo |
| CV 13 | 08913 | ABC (JPR) | Floyd Hills Nelson v. County of Los Angeles et al |
| CV 13 | 09140 | ABC (PLAx) | Fernando Nunez v. Chipotle Services LLC et al |
| CV 13 | 09404 | ABC (FFMx) | Los Angeles Unified School District v. Urey et al |
| CV 13 | 09427 | ABC (JEMx) | Joshua Friedman v. Anna's Linens Inc |
| CV 13 | 09441 | ABC (ASx) | Lloyd's Syndicate 2112 v. Villas on 226th Street et al |
| CV 13 | 09465 | ABC (RNB) | Allan Villeda Mejia v. F. Foulk |
| CV 13 | 09495 | ABC (JEMx) | Jed Alexander v. Credit Protection Association I Inc |
| CV 14 | 00010 | ABC (RZx) | Eugenia Manriquez v. Macy's West Stores Inc et al |
| CV 14 | 00071 | ABC (JC) | Michael David Mayer v. David B. Long |
| CV 14 | 00156 | ABC (JEMx) | F.E.A., Inc. v. John Does 1-5 et al |
| CV 14 | 00161 | ABC (ASx) | Haykuhi Avetisyan v. Equifax Information Services LLC |
| CV 14 | 00287 | ABC (JEMx) | Mike Marquez v. Kiewit Infrastructure West Co. et al |
| CV 14 | 00335 | ABC (JCGx) | Gilberto Santillan v. USA Waste of California Inc. et al |
| CV 14 | 00500 | ABC (JEMx) | Shielah R. Creus v. Anna's Linens Inc et al |
| CV 14 | 00513 | ABC (VBKx) | Langer v. Naran et al |
| CV 14 | 00571 | ABC (CWx) | Jevonte Johnson v. County of Los Angeles et al |
| CV 14 | 00615 | ABC (JCx) | Carpenters Southwest Administrative Corporation et al v. Edward Charles Lukas et al |
| CV 14 | 00733 | ABC (PLAx) | The Burlington Insurance Company v. Affordable Housing Alternatives Inc et al |
| CV 14 | 00792 | ABC (SHx) | Yowan Yang v. ActioNet Inc et al |
| CV 14 | 00813 | ABC (MRWx) | Matthew Cervenka v. Carnival PLC |

| | | |
|---|---|---|
| CV 14 00881 ABC (AGRx) | Paul Grillo v. Key Energy Services LLC et al |
| CV 14 00944 ABC (JCGx) | Jocelyn Romero v. Kmart Corporation et al |
| CV 14 00991 ABC (Ex) | Star Fabrics Inc v. Heavenly Couture Inc et al |
| CV 14 01220 ABC (JCG) | Robert Duenas v. Ron E. Barnes |
| CV 14 01223 ABC (VBKx) | Unicolors Inc v. Big Strike LLC et al |
| CV 14 01282 ABC (AJW) | Bryan Calles v. David B. Long |
| CV 14 01290 ABC (AJWx) | Securities and Exchange Commission v. Braslau et al |
| CV 14 01558 ABC (PLAx) | Benjamin N. Villaluz et al v. Ameriquest Mortgage Company et al |
| CV 14 01751 ABC (AGRx) | Martin Spann v. City of Los Angeles et al |
| CV 14 01762 ABC (ASx) | Neman Brothers & Associates Inc v. Hot Shot HK LLC et al |
| CV 14 01881 ABC (SHx) | Albert Youssefzadeh v. State Farm General Insurance Company et al |
| CV 14 01958 ABC (VBKx) | Martin Vogel v. Stater Bros. Markets et al |
| CV 14 01992 ABC (AJWx) | Speculative Product Design LLC v. GMB Logistics Inc et al |
| CV 14 02016 ABC (PJWx) | BWP Media USA Inc et al v. Williams Broadcasting, Inc. |
| CV 14 02092 ABC (AGRx) | Timothy M. Cosner v. Union Pacific Railroad Company |
| CV 14 02242 ABC (CWx) | George Burris et al v. HSBC Bank USA, National Association et al |
| CV 14 02251 ABC (JCx) | Michael Rocca v. Thrifty Payless, Inc. et al |
| CV 14 02273 ABC (PJWx) | Toni Scott v. California African American Museum et al |
| CV 14 02339 ABC (JEMx) | Mid-Century Insurance Company v. AMCO Insurance Company |
| CV 14 02458 ABC (SHx) | Eric Langner v. Clinicas Del Camino Real, Inc. et al |
| CV 14 02472 ABC (JCGx) | Tamisha Vaughner v. G2 Secure Staff, LLC, et al |
| CV 14 02516 ABC (JCx) | The Board of Trustees of the Southern California Floor Covering Pension Trust Fund |
| CV 14 02835 ABC (MANx) | Martin Vogel v. 99 Cents Only Stores LLC |
| CV 14 02842 ABC (KK) | Neely Lejon Dinkins v. Amy Miller |
| CV 14 02856 ABC (AJWx) | Anthony Crawford v. Lowe's Home Centers, LLC et al |

| | |
|---|---|
| CV 14 02863 ABC (MRWx) | Aqulina Mwelu George v. Angela Soila Kasaine |
| CV 14 02900 ABC (Ex) | Lorraine Flores v. Swift Transportation Company et al |
| CV 14 02929 ABC (PJWx) | Robert Lerma v. Novocure Inc. et al |
| CV 14 02930 ABC (ASx) | Michael Rocca v. Omni Foods Inc et al |
| CV 14 02943 ABC (RNB) | Alvaro Cuellar v. A. M. Gonzalez |
| CV 14 02947 ABC (AJWx) | Matrix International Textiles, Inc v. French Fabric, Inc. et al |
| CV 14 03011 ABC (ASx) | Byron Cousar v. U.S. Security Associates, Inc., et al |
| CV 14 03052 ABC (MRWx) | Eloise Alsobrook v. Life Insurance Company of North America |
| CV 14 03068 ABC (MANx) | Juan Zavala et al v. Ford Motor Company |
| CV 14 03163 ABC (FFMx) | J. Robert Berrellez v. Rose International Inc et al |
| CV 14 03172 ABC (SHx) | Vidal S Julio v. Anthony Inc et al |
| CV 14 03203 ABC (MRWx) | Miguel Martinez v. AT&T Corp. et al |
| CV 14 03315 ABC (PLAx) | Daniel Lopez v. Garcia Apartments LLC et al |
| CV 14 03352 ABC (RZx) | Jesus Ayala v. Arturo R. Barrera et al |
| CV 14 03446 ABC (FFM) | Ruchell Cingue Magee v. J. Soto |
| CV 14 03472 ABC (MANx) | VBConversions LLC v. Procter & Gamble et al |
| CV 14 03506 ABC (MANx) | Texkhan, Inc. v. Forever 21, Inc. et al |
| CV 14 03554 ABC (AGRx) | Manuel Zaragoza v. Key Energy Services California, Inc. et al |
| CV 14 03591 ABC (PLAx) | Betsy Spurlin v. Amerifleet Transportation, Inc. |
| CV 14 03609 ABC (JCx) | California Communities Against Toxics v. City of Los Angeles et al |
| CV 14 03646 ABC (CWx) | Tyrone Byrd v Bank of America et al |
| CV 14 03663 ABC (JPRx) | Francisco Duarte v. Edward Verdugo et al |
| CV 14 03682 ABC (ASx) | Worldwide Subsidy Group, LLC v. Worldwide Pants Incorporated et al |
| CV 14 03868 ABC (PJWx) | Diane Bush v. Mercedes-Benz Financial Services, LLC |
| CV 14 03931 ABC (PJW) | Jimmy McCallum v. Warden |
| CV 14 03937 ABC (VBKx) | Chris Langer v. Beverly Laurel Motor Hotel, LLC |
| CV 14 03969 ABC (SHx) | Valerie Fries v. Carrie E Becks Trust et al |

| | |
|---|---|
| CV 14 04028 ABC (ASx) | The Hershey Company et al v. Posh Nosh Imports (USA), Inc. |
| CV 14 04051 ABC (DFM) | Cristian Argeta v. M. McDonald |
| CV 14 04097 ABC (PLAx) | Morgan Stanley Smith Barney LLC et al v. Anthony Carter |
| CV 14 04103 ABC (SSx) | Quality Speaks LLC v. Tmone, LLC et al |
| CV 14 04117 ABC (JEMx) | Sanrio, Inc. v. Luxy Accessory, Inc. et al |
| CV 14 04135 ABC (RZx) | Morgan Stanley Smith Barney LLC et al v. Catherine Rose Sweeney |
| CV 14 04147 ABC (SSx) | The People of the State of California vs. Jeffery Todd Grange, et al |
| CV 14 04205 ABC (ASx) | Matrix International Textiles, Inc. v. Skiva International, Inc. et al |
| CV 14 04308 ABC (SSx) | Tonya Wilson v. Integrity Solution Services, Inc. |
| CV 14 04409 ABC (FFMx) | Cazzi Batiste v. American Eagle Airlines et al |
| CV 14 04482 ABC (RZx) | Chris Langer v. Akop J Keshishian et al |
| CV 14 04564 ABC (VBKx) | Alicia Alacan v. Target Corporation |
| CV 14 04569 ABC (VBKx) | Rosa Robles v. Healthcare Services Group, Inc. et al |
| CV 14 04631 ABC (AGRx) | Jaguar Land Rover Limited v. Santa Monica Rover, Inc. |
| CV 14 04647 ABC (JC) | David A. Cohn v. Raymond C. Smith |
| CV 14 04778 ABC (CWx) | John Carlos Morrison v. United Parcel Service, Inc. et al |
| CV 14 04804 ABC (MRWx) | Star Fabrics Inc v. Rue21 Inc et al |
| CV 14 04945 ABC (SS) | Jorge Iniguez Sr. v. Ron Davis |
| CV 14 05007 ABC (JPRx) | Eduardo Uribe v. Bimbo Bakeries USA, Inc. |
| CV 14 05020 ABC (SSx) | HD Buttercup LP v. One Kings Lane Inc et al. |
| CV 14 05045 ABC (MRWx) | New Milani Group, Inc. v. Leyla Razzaghi et al |
| CV 14 05048 ABC (VBKx) | Patrick Maloney v. T3Media, Inc. |
| CV 14 05054 ABC (JCx) | American International Industries v. 21 Day Nails LLC, et al |
| CV 14 05085 ABC (SSx) | Felicia Jones v. GE Retail Capital Bank et al |
| CV 14 05176 ABC (AGRx) | Frank Castruita et al v. Citibank NA et al |
| CV 14 05181 ABC (ASx) | Carol T Gallas v. Wells Fargo Bank, N.A. |

| | | |
|---|---|---|
| CV 14 | 05199 ABC (RZx) | Earnest Love v. Life Insurance Company of North America |
| CV 14 | 05276 ABC (ASx) | Haykuhi Avetisyan v. Experian Information Solutions, Inc. et al |
| CV 14 | 05324 ABC (VBKx) | Evelia Mosqueda v. Unifirst Corporation et al |
| CV 14 | 05329 ABC (CWx) | Sandra Davis v. Panida Phae et al |
| CV 14 | 05354 ABC (VBKx) | Desiree Valdez v. PDL Recovery Group, LLC |
| CV 14 | 05380 ABC (Ex) | Chris Langer v. The Future Partners Properties LLC et al |
| CV 14 | 05397 ABC (JCx) | Shohreh Soleymanikho v. Lowe's Home Centers, LLC |
| CV 14 | 05411 ABC (PLAx) | Susan Grace Stokes v. Sensa Products, LLC |
| CV 14 | 05452 ABC (CWx) | Donald Hamby et al v. City of Los Angeles et al |
| CV 14 | 05505 ABC (PLAx) | Mima Martinez v. Adir International, LLC |
| CV 14 | 05540 ABC (AJWx) | Star Fabrics, Inc. v. Ross Stores, Inc., et al |
| CV 14 | 05568 ABC (JEMx) | Monique Owens v. Douglas, Chancellor, Meyers & Associates |
| CV 14 | 05948 ABC (RZ) | Anthony Ladel Oliver v. Jeffrey Beard |
| ED 10 | 00631 ABC (PJW) | David Upton v. Arnold Schwarzenegger et al |
| ED 11 | 00829 ABC (OPx) | USACM Liquidating Trust v. Anthony Monaco et al |
| ED 11 | 01899 ABC (RZ) | Chung Kao v. California Department of Corrections and Rehabilitation et al |
| ED 12 | 01229 ABC (FFMx) | Clifton Wayne Maxwell v. A Ballesteros et al |
| ED 12 | 01655 ABC (JC) | Anthony Lemont McCollum v. Janda |
| ED 12 | 02227 ABC (AGR) | Betty Louise Ford v. D.K. Johnson |
| ED 13 | 00359 ABC (OPx) | Mag Instrument Inc v. Vinsy Technology Limited |
| ED 13 | 00381 ABC (PLA) | Samuel Anthony Acinelli Jr v. Blackmon et al |
| ED 13 | 00748 ABC (CW) | Edmundo Pedro Chacon v. M E Spearman |
| ED 13 | 00877 ABC (DTBx) | Victor Rocha v. Wingfoot Commercial Tire Systems et al |
| ED 13 | 00985 ABC (SS) | John Belletti v. W.L. Montgomery, Warden |
| ED 13 | 01124 ABC (SPx) | Luz A. Espinoza v. Detective Curt Harris et al |
| ED 13 | 01175 ABC (OPx) | Fernanda Guzman v. California Department of Corrections and Rehabilitation et al |
| ED 13 | 01371 ABC (PLA) | Samuel Anthony Acinelli, Jr v. Robert Herrick et al |

| Case Number | Case Title |
|---|---|
| ED 13 01757 ABC (SPx) | Natalie Aguilera v. Orkin LLC et al |
| ED 13 01977 ABC (FFM) | Cordell Rabon v. Grves |
| ED 13 02329 ABC (AGRx) | Leo Harris v. CVS Pharmacy Inc |
| ED 13 02359 ABC (PJW) | David Upton v. Aref Fakhoury et al |
| ED 14 00133 ABC (DTBx) | Stephanie Arnold v. PAR Electrical Contractors Inc et al |
| ED 14 00143 ABC (SPx) | Bernard Stinson v. BNSF Railway Company et al |
| ED 14 00199 ABC (JCGx) | Jean-Louis v. J.P. Morgan Chase Bank, N.A. et al |
| ED 14 00334 ABC (SPx) | Wesco Insurance Company v Mario Gonzalez et al |
| ED 14 00355 ABC (JCGx) | Construction Laborers Trust Funds for Southern California Administratiive Company v. Eco-Logic Inc et al |
| ED 14 00360 ABC (SPx) | Michael L. Sloat v. Law Offices of Regent & Associates et al |
| ED 14 00537 ABC (VBK) | Aaron Watson v. The State of CA et al |
| ED 14 00543 ABC (KK) | Pedro Camacho-Corona v. Angel Ortiz et al |
| ED 14 00561 ABC (AS) | Paulette Danita Morris v. County of San Bernardino et al |
| ED 14 00838 ABC (PJWx) | Beatriz Cordoba v. The Salvation Army et al |
| ED 14 00956 ABC (SPx) | Taffy Hayes v. Nathan Asbury et al |
| ED 14 01018 ABC (SPx) | Cecil Shaw v. Fontana Plaza LP et al |
| ED 14 01021 ABC (PLAx) | Donald Aronen v. Walgreen Co et al |
| ED 14 01053 ABC (JCx) | Chris Langer v. The Chase Hotel at Palm Springs LLC et al |
| ED 14 01121 ABC (KK) | Lance Williams v. Michael F Martel |
| ED 14 01216 ABC (JCx) | St. Paul Fire and Marine Insurance Company et al v. Centex Homes et al |
| SA 08 00722 ABC (JCx) | Fairchild Holding Corp v. Aerojet-General Corporation et al |
| SA 12 00717 ABC (Ex) | Innovation Ventures LLC v. N2G Distributing Inc et al |
| SA 13 01122 ABC (MAN) | Erik John Freund v. Marion Spearman |
| SA 13 01389 ABC (AS) | Francisco Javier Bustillos v. Gregory Lewis |
| SA 13 01678 ABC (RNBx) | Paul Sapan v. Marilyn Rose Thomassen |
| SA 13 01840 ABC (JCx) | Maersk Line v. GB America LLC et al |

| | |
|---|---|
| SA 13 01852 ABC (ANx) | Charles Bishop v. Experian Information Solutions Inc |
| SA 14 00118 ABC (RNBx) | Gustavo Torres v. Town and Country Cafe et al |
| SA 14 00140 ABC (DFMx) | Monster Energy Company v. West Coast Chill Inc et al |
| SA 14 00639 ABC (JCG) | Marcos Javier Cardenas v. Stu Sherman |
| SA 14 00741 ABC (JCG) | Adrian Maldonado v. Dalinda Harmon et al |
| SA 14 00967 ABC (ANx) | Federal Deposit Insurance Corporation v. Network Capital Funding Corporation |
| SA 14 00969 ABC (JCGx) | Progressive Produce Corporation v. R.F.T. Farm Sales, Inc. et al |
| SA 14 00970 ABC (JCGx) | Seyed M. Kazerouni v. Resurgent Capital Services L.P. |
| SA 14 01016 ABC | In Re Fremont General Corporation |
| SA 14 01017 ABC | In Re Fremont General Corporation |

DATED: August 12, 2014

Chief Judge George H. King